UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

William Davis Boyer, a man, PLAINTIFF

vs.

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)
NO. 2:20 cv-764-FtM-38NPM

Zachary M. Gill, an individual,
Daniel T. French, an individual,
Frederick W. Smith, an individual,
Don Colleran, an individual
FedEx Corporation, an entity,
Cynthia D. Spry, an individual,
Bonnie Ragghianti, an individual,
Shalon Anderson, an individual,
Scott Prentky, an individual,
Kay A. Pollock, an individual,
Internal Revenue Service, an entity,
United States of America, an entity.

Jury Trial:   YES

COMPLAINT FOR VIOLATION OF PLAINITFF'S RIGHTS and REQUEST FOR INJUNCTIVE RELIEF

CAUSE OF ACTION: 42 U.S.C. § 1983—Violation of Rights, *Enumerated in*, not *granted by*, the 4th and 5th Amendments to the (circa 1789) Constitution for the United States of America, the (circa 1837) Constitution for the state of Florida (wherein it states –"a form of government for the People of Florida", Article 1, sections 9 and 12, and the Constitution for the State of Tennessee, Article 1, sections 7 and 35.
Additional Causes:    42 U.S.C. §1985--Conspiracy
                      Other – and Common Law of Florida, as of the People of Florida.

I. The Parties to This Complaint

   A.   The Plaintiff: William D. Boyer, a Citizen[1] of Florida,
        Post location C/O Madeleine Bergeron
        852 Arapaho Trail
        Ft Myers Beach, Florida [33931]
        Lee County, Phone 901-355-4017
        wboyercourtmail@use.startmail.com

---

[1]   Citizen - a man of the land, and people of Florida (one of the several states in perpetual union) and not a 14th Amendment subject/citizen.

1

**B.    The Defendants:**

**Defendant No. 1:** Zachary M. Gill, an individual[2]
1700 Monroe Street
Ft Myers, Florida [33919]
Lee County, Phone 239-533-2677

**Defendant No. 2:** Daniel T. French, an individual
2556 Windy Oaks Drive
Germantown, Tennessee
Shelby County, Phone 901-218-2454
DanielFrench@FedEx.com

**Defendant No. 3:** Frederick W. Smith, an individual
649 Sweetbrier Road
Memphis, Tennessee [38120]
Shelby County, Phone 901-434-8600

**Defendant No. 4:** Don Colleran, an individual
3660 Hacks Cross Road
Memphis, Tennessee [38125]
Shelby County, Phone 901-434-8600

**Defendant No. 5:** FedEx Corporation, an entity
942 South Shady Grove Road
Memphis, Tennessee [38120]
Shelby County, Phone 901-434-8600

**Defendant No. 6:** Cynthia D. Spry, an individual
3848 W. Columbus Drive, Mail Stop 5237
Tampa, FL  33607-5768
Hillsborough County, Phone 813-302-5531

**Defendant No. 7:** Bonnie Ragghianti, an individual
3848 West Columbus Drive, Mail Stop 5237
Tampa, Florida [33607-5768]
Hillsborough County, Phone 813-302-5524

**Defendant No. 8:** Shalon Anderson, an individual
7850 SW 6th Ct.
Plantation, Florida [33324-3202]
Broward County, Phone 954-991-4018

---

[2] All references to "an individual" mean "As a man"

2

**Defendant No. 9:** Scott B. Prentky, an individual
7850 SW 6th Ct.
Plantation, Florida [33324-3202]
Broward County, Phone 954-991-4263

**Defendant No. 10:** Kay A. Pollock, an individual
Royal Palm One, Suite 350
1000 South Pine Island Road
Plantation, Florida [33324]
Broward County, Phone 954-423-7911

**Defendant No. 11:** Internal Revenue Service, an entity
Office of Chief Counsel
1111 Constitution Ave, NW
Washington, DC 20224

**Defendant No. 12:** United States of America, an entity
U.S. Attorney, Middle District of Florida
2110 First Street, Suite 3-137
Ft Myers, Florida [33902]
Lee County, Phone 239-461-2000

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Plaintiff is bringing suit against:

    **X**    Federal officials (a *Bivens* claim)
    **X**    State or local officials (a 42 U.S.C. §1983 and 42 U.S.C. § 1985 claim)
    **X**    Individuals acting in conjunction with federal and State officials

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials, or individuals?

Rights, *Enumerated in*, not *granted by*, the 4th and 5th Amendments to the Constitution for the United States of America (circa 1789), and the (circa 1837) Constitution for the state of Florida (wherein it states: "a form of government for the People of Florida" ) Article 1, sections 9 and 12.

3

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Rights, *Enumerated in*, not *granted by*, the 4th and 5th Amendments to the Constitution for the United States of America, and the Constitution for the state of Florida, Article 1, sections 9 and 12. (All references to the Constitution for the United States of America are circa 1789; all references to the Constitution for the state of Florida are circa 1837—wherein it states "a form of government for the People of Florida")

**DEFENDANT No. 1:** Zachary M. Gill is a citizen of Ft Myers, Florida, and is employed as Judge of County Court at Lee County, Florida.

From January to June, 2020, Defendant Gill presided over Lee County Florida Small Claims case #20-SC-000217, and conspired with Defendants French, and Smith, to allow Defendants' unlawful garnishment of 100% of Plaintiff's retirement income to be given to the Treasury, without due process, court order, warrant, or judgment authorizing the taking, in violation of the Constitution for the United States of America and the Constitution of the State of Florida.

**DEFENDANT No. 2:** Daniel T. French is a citizen of Germantown, Tennessee, and is employed as Attorney at Federal Express Corporation, dba FedEx Express.

Defendant French admitted in Judge Gill's court that Federal Express Corporation took Plaintiff's property and gave it to the Treasury based only on a Notice of levy from IRS representative Spry, without due process, court order, warrant, or judgment authorizing the taking, and conspired and colluded with Defendants Gill, Smith, Colleran, and Spry to allow it, in violation of Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and Constitution for the State of Tennessee. Defendant also refused to require Affidavit from Defendant Spry of her authority to levy Plaintiff's income. Defendant's actions may be in retribution for class action lawsuit Plaintiff brought against FedEx in 1999.

**DEFENDANT No. 3:** Frederick W. Smith is a citizen of Memphis, Tennessee and is employed as Chairman and CEO of FedEx Corporation.

Defendant Smith is the top authority of FedEx Corporation and the person ultimately responsible for directing Defendant Colleran and his subordinate attorney, Defendant French, representing Federal Express Corporation (dba FedEx Express), to take Plaintiff's property and give it to the Treasury based only on a Notice of levy from Defendant Spry, without due process, court order, warrant, or judgment authorizing the taking. Defendant Smith declined to require Affidavit from Defendant Spry of her authority to levy Plaintiff's income, and conspired and colluded with Defendants French, Colleran, and Spry, violating Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and

Constitution for the State of Tennessee. Defendant's actions may be in retribution for class action lawsuit Plaintiff brought against FedEx in 1999.

**DEFENDANT No. 4:** Don Colleran is a citizen of Memphis, Tennessee and is employed as CEO of FedEx Express.

Defendant Colleran, an individual, declined to require Affidavit from Defendant Spry of her authority to levy Plaintiff's income, and conspired and colluded with Defendants French, Smith, and Spry to take Plaintiff's property and give it to the Treasury based only on a Notice from Defendant Spry, without due process, court order, warrant, or judgment authorizing the taking, and thereby violated Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee. Defendant's actions may be in retribution for class action lawsuit Plaintiff brought against FedEx in 1999.

**DEFENDANT No. 5:** FedEx Corporation, is an entity headquartered in Memphis, Tennessee.

Defendant FedEx Corporation, is the parent company of Federal Express Corporation (dba FedEx Express) and may house the records regarding the garnishment and conversion of Plaintiff's monthly retirement income, which Defendants were contractually obligated to give to Plaintiff upon Plaintiff's retirement. Discovery will reveal exactly how FedEx Corporation, Federal Express Corporation or FedEx Express is involved in taking Plaintiff's property and giving it to the Treasury based only on a Notice from Defendant Spry, without due process, court order, warrant, or judgment authorizing the taking. As the parent company, FedEx Corporation is party to the violation of Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee. Defendant's actions may be in retribution for class action lawsuit Plaintiff brought against FedEx in 1999.

**DEFENDANT No. 6:** Cynthia Spry is a citizen of Tampa, Florida and is employed as a Revenue Officer for the Internal Revenue Service.

Defendant Spry, as an individual, went beyond the limits of her authority as a Revenue Officer for the IRS, refusing to attest to her own authority under penalty of perjury. Defendant Spry acted under color of law and conspired and colluded with defendants Ragghianti, Anderson, Prentky, French, Colleran, and Smith to take Plaintiff's property without due process, court order, warrant, or judgment authorizing the taking, and thereby violated Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee.

**DEFENDANT No. 7:** Bonnie Ragghianti is a citizen of Tampa, Florida and is employed as a Group Manager for the Internal Revenue Service.

Defendant Ragghianti, as an individual, went beyond the limits of her authority as a Group Supervisor for the IRS, and refused to attest to her own authority under penalty of perjury. Defendant Ragghianti acted under color of law and conspired and colluded with Defendants Spry, Anderson, Prentky, and Pollock to take Plaintiff's property without due process, court order, warrant, or judgment authorizing the taking, and thereby violated Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee.

**Defendant No. 8:** Shalon Anderson is a citizen of Plantation, Florida and is employed as a Territory Manager for the Internal Revenue Service.

Defendant Anderson, as an individual, went beyond the limits of her authority as a Territory Manager for the IRS, yet refused to attest to her own authority under penalty of perjury. Defendant Anderson acted under color of law and conspired and colluded with Defendants Spry, Ragghianti, Prentky, and Pollock to take Plaintiff's property without due process, court order, warrant, or judgment authorizing the taking, and thereby violated Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee.

**Defendant No. 9:** Scott B. Prentky is a citizen of Plantation, Florida and is employed as the South Atlantic Area Director for the Internal Revenue Service.

Defendant Prentky, as an individual, went beyond the limits of his authority as an Area Director for the IRS. Refusing to attest to his own authority under penalty of perjury, Defendant Prentky acted under color of law and conspired and colluded with Defendants Spry, Ragghianti, Anderson, and Pollock to take Plaintiff's property without due process, court order, warrant, or judgment authorizing the taking, and thereby violated Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee.

**Defendant No. 10:** Kay A. Pollock is a citizen of Plantation, Florida and is employed as an Appeals Officer for the Internal Revenue Service.

Defendant Pollock, an individual, went beyond the limits of her authority as an IRS Appeals Officer. Refusing to attest to her own authority under penalty of perjury, and unfamiliar with the statute under which she claimed to act, Defendant Pollock acted under color of law and conspired and colluded with Defendants Spry, Ragghianti, Anderson, and Prentky to take Plaintiff's property without due process, court order, warrant, or judgment authorizing the taking, and thereby violated Plaintiff's rights as enumerated in the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee.

**Defendant No. 11:** The Internal Revenue Service (IRS) is acting as a government agency.

The IRS has violated its obligation to comply with due process by conspiring and colluding with the other defendants, and taking Plaintiff's property without due process, court order, warrant, or judgment, in direct violation of the Constitution for the United States of America, the Constitution of the State of Florida, and the Constitution for the State of Tennessee.

**DEFENDANT No. 12:** The United States Government is a government agency, *under* WE THE PEOPLE.

The United States Government has, by practice and policy, violated its obligation to comply with the Constitution for the United States of America, the Constitution of the State of Florida, and of the State of Tennessee. The United States Government has allowed, and conspired with, the IRS, a non U.S. government agency, to operate outside the Constitutional limitations placed upon it by WE THE PEOPLE, taking 100% of Plaintiff's retirement income since August 1, 2018, without due process, court order, warrant, or judgment.

### III. Statement of CLAIM

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

--In about April of 2018, Defendant French, working for Smith, Colleran, and FedEx Express Corporation (all in Memphis, Tennessee), received an IRS NOTICE of Levy (issued without any supporting court order, warrant, or judgment as required by law) from Defendant Spry, acting in collusion with Defendants Ragghianti, Anderson, Pollock, and Prentky (all from Florida). On August 1, 2018, FedEx Corporation (acting through their Retirement Services Administration under the authority of Defendants French, Colleran, and Smith), proceeded to turn over 100% of Plaintiff's monthly retirement income to the IRS. Multiple appeals were made to Defendants French, Smith, Spry, Ragghianti, Anderson, Pollock, and Prentky regarding the unlawful levy, but with no results. Defendant Pollock didn't even know what statute authorized the Notice of Levy (which was her job), but upheld it anyway. After exhausting all administrative remedy, Plaintiff's only recourse was to do as Defendant French had said in a phone conversations…that Plaintiff would have to "sue" him (French) if Plaintiff wanted FedEx to stop the levy.

On January 17, 2020 Plaintiff filed an $8,000 Small Claims suit ($8,000 is Small Claims limit) against Defendants French and Smith. Defendant Gill presided over Small Claims suit 20-SC-000217 by Plaintiff against Defendants French and Smith regarding their taking of $8,891.19 of Plaintiff's retirement income (property) for the month of August 2018 and giving it to the IRS without court order, warrant, or judgment as required by both the Federal and State Constitutions. Plaintiff and defendants e-filed motions with the Court, and on May 6, 2020,

7

Judge Gill ordered a telephone Hearing for May 18, 2020 to discuss the Motions before the Court. In spite of the Constitutional requirements documented by Plaintiff in the telephone Hearing on May 18, Defendant French convinced Gill to uphold the unlawful taking, in direct denial of Federal and State Constitutional constraints and Gill's Oath of Office. Defendant Gill issued a judgment in favor of Defendants French and Smith on May 21. In so doing, Defendant Gill, acting under color of law, violated his Oath of Office to support both the Federal and state Constitutions, which require due process with a court order, warrant, or judgment before Defendants could lawfully take Plaintiff's property and give it to another. Plaintiff 's June 5 Motion to Nullify/Vacate is still pending before Small Claims Court.

On July 15, 2020 Plaintiff faxed to IRS Defendants Spry, Ragghianti, Anderson, and Prentky a request for their signed Affidavit of IRS Authority (attached) to issue the Notice of levy, with copies to Defendants French, Colleran, and Smith. On August 29, 2020, Plaintiff faxed Defendant Pollock a request for her signed Affidavit of Authority to uphold the Notice of Levy. All IRS defendants declined to respond to Plaintiff's request. Defendants French, Colleran, and Smith declined to require Defendant Spry's Affidavit of Authority before continuing with their conversion of Plaintiff's property.

Federal Express Corporation is Defendant French's employer, and FedEx Corporation is the parent company's name on Plaintiff's retirement checks, which have been given to the IRS since August 1, 2018. Either or both corporations house the records needed for discovery in this case.

### III(a). Statement of CLAIM for INJUNCTIVE RELIEF

In accordance with Local Rule 4.06, Plaintiff Moves the Court for a preliminary injunction against Defendants' continued levy and garnishment of Plaintiff's income for the following reasons:

1) Plaintiff is in severe financial crisis because IRS Defendants Spry, Ragghianti, Anderson, Prentky, and Pollock are taking 100% of Plaintiff's monthly retirement pension (property) without court order, warrant, or judgment, in opposition to Supreme Court decisions below;
2) Since August 1, 2018, FedEx Defendants French, Smith, Colleran, and FedEx Corporation have been garnishing 100% of Plaintiff's contractually-earned monthly retirement pension to give to the Treasury as instructed by IRS Defendants (see attached Garnishment Details for December 2018, 2019, and September 2020);
3) IRS Defendants have declined to attest, under penalty of perjury, to their authority to take Plaintiff's monthly retirement pension by signing the (attached) Affidavit of IRS Authority;
4) FedEx Defendants were provided documentation on July 15, 2020 that the IRS Defendants had all been requested to attest to their authority to order FedEx Defendants to turn over Plaintiff's monthly retirement pension. Neither Plaintiff nor FedEx Defendants have yet received Affidavits of Authority from any IRS Defendant.
5) IRS and FedEx Defendants are therefore unlawfully robbing Plaintiff of contractually-agreed upon retirement compensation for services already performed by Plaintiff, causing serious financial injury to Plaintiff and those supported by Plaintiff.

The 4th Amendment to the Constitution states as follows:

*The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.* (Emphasis added.)

The Courts have held repeatedly that, in compliance with the 4th Amendment to the Constitution, before the IRS can seize or place a levy upon property, it must first obtain a judgment, court order, or warrant properly supported by affidavit. See:

- *Carroll v. United States,* 267 US 132, 156 45 S. Ct. 280, 69 L. Ed. 543 (1925);
- *United States v. Kaplan,* 286 Fed. 963, 972;
- *United States v. Bisceglia,* 420 U.S. 141, 146 Supreme Court (1975);
- *GM Leasing Corp v. United States,* 429 US 338, 354-356 Supreme Court (1977);
- *Oxford Capital Corp v. U.S.,* 211 F. 3d 280, 287 5th Cir. (2000) (citing *GM Leasing*);
- *UNITED STATES v. O'DELL,* US 6 Cir., 160 F.2d 304, 307 (1947);
- *GIVAN v. CRIPE,* 7 Cir., 187 F.2d 225, 228 (7th Cir. 1951);
- *Freeman v. Mayer,* 152 F. Supp. 383, 385 Dist. Court, D. New Jersey (1957) (citing *O'DELL*);
- *In re Holdsworth,* D.C.N.J.1953, 113 F.Supp. 878, 880, citing *O'Dell* and *Cripe*;
- *United States v. Aetna Life Ins. Co. of Hartford, Conn.,* D.C.Conn. 1942, 146 F. Supp. 30, 37; and
- *Schulz v. IRS,* US 2 Cir., 395 F. 3d 463, 465 (2005).

For these reasons, this court should order a preliminary injunction against IRS Defendants' continued levy and FedEx Defendants' continued garnishment of Plaintiff's retirement pension pending compliance with the 4th Amendment, to include a signed Affidavit of Authority from IRS Defendants under penalty of perjury.

## IV. Injuries

Emotional, psychological, undue financial stress suffered by both Plaintiff and his wife; inability to adequately cover medical and dental needs; loss of lifestyle; being forced to sell Plaintiff's truck and liquidate health savings account to cover essential living expenses; and limit visits with family and friends. Plaintiff's retirement pension of $8,891.19/month given unlawfully to the IRS from August 1, 2018 to September 1, 2020 (26 months) amounts to **$280,196.69 with interest**. Deprivation of this income has forced Plaintiff to sell/liquidate the following assets to cover monthly living expenses since August 1, 2018: truck $8,000, Health Savings Account $10,000, FedEx shares $17,000, and miscellaneous assets $6,000 (subtotal **$41,000**). Expenses generated by Defendants' actions include but are not limited to the following: Legal costs (YRIITL/PJ/Jurisdictionary/Small Claims suit) $10,859.50, and attorney fees $600 (subtotal **$11,459.50**). Total as of 9/01/20 = **$332,656.19** (approximately $437/day), and increasing at 1.5%/month, plus $8,891.19. As of October 1 the total will be **$345,750.33**, plus cost of this action. **Damages calculations**, will be provided when requested by the Court, but amount to **$3,198,000** as of October 1, 2020, without conspiracy or punitive award.

9

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff is entitled to the following relief:
1) Termination of garnishment pending production by Defendant Spry of both her Affidavit of Authority and the court order, warrant, or judgment, as required by 4th Amendment;
2) Immediate cancellation of all liens not supported by court order, warrant, or judgment;
3) Return to Plaintiff of all retirement income garnished by FedEx and given to the IRS, since August 1, 2018 ($8,891.19/month), plus interest at 18% annual rate (1.5%/month), totaling **$280,196.69 as of September 1, 2020, and $293,290.83 as of October 1, 2020;**
4) Reimbursement to Plaintiff of additional injury caused by loss of monthly retirement income in the amount of **$52,459.50.** After 10/1/20 paragraph 3 &4 total **$345,750.33;**
5) Payment by Defendants for all legal fees and costs associated with prosecution of this suit;
6) Punitive damages as the court or jury feels appropriate and just, divided among all, or select defendants in the amount of $31,980,000, at 18% interest from October 1, 2020, until paid in full. Damages listed on Addendum 1 are summarized here and will be provided upon request of the Court:
   a) DAMAGES calculated at $1,000 PER DEPRIVED RIGHT as of 10/01/20: **$130,000**
   b) DAMAGES for all occurrences of each deprived right as of 10/01/20: **$3,198,000.**
   c) DAMAGES for CONSPIRACY ($3,198,000 X 3): **$9,594,000.**
   d) PUNITIVE DAMAGES ($3,198,000 X 10): **$31,980,000.**
7) Jury Trial for all the above.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

(28 U.S. Code § 1746 Limited Jurat, Land Jurisdiction Specific)
I, William Davis Boyer, Claimant and Affiant, declare under penalty of perjury under the laws of the United States of America that the foregoing Affidavit is true and correct.

Executed on the 30th day of September, 2020. Jurat: As affirmed before the below signed Notary this 30th day of September, 2020, Oath: I, William Davis Boyer, as speaking to the signed notary, now solemnly **declare** that the contents of the above Affidavit as subscribed are **avowed** to be correct and true.

_____
Claimant/Affiant – William Davis Boyer

Attachments:
-- Notice of Levy Form 668-A(ICS) dated 3/5/2018, for calendar years 2006-2008
-- Notice of Lien Form 668 (Y)(c) Serial No. 243522416, for calendar years 2006-2008
-- Affidavit of IRS Authority
-- 2018 Jul-Dec Garnishment $44,223.70
-- 2019 Jan-Dec Garnishment $106,136.88
-- 2020 Jan-Sep Garnishment $79,602.22

## VERIFICATION

STATE OF FLORIDA
COUNTY OF LEE

BEFORE ME personally appeared William Davis Boyer who, being by me first duly sworn and identified in accordance with Florida law, deposes and says:
1. My name is William Davis Boyer, Claimant herein.
2. I have read and understood the attached foregoing complaint, and each fact alleged therein is true and correct to the best of my own personal knowledge.

FURTHER THE CLAIMANT/AFFIANT SAYETH NAUGHT.

_____
William Davis Boyer/Claimant/Affiant

SWORN TO and subscribed before me this 30th day of September 2020.

_____
Notary Public
My commission expires: 07-12-2022

LORI L BENSON
Notary Public - State of Florida
Commission # GG 237739
My Comm. Expires Jul 12, 2022
Bonded through National Notary Assn.

11