INSTR # 20170000010310, Doc Type LI, Pages 1, Recorded 01/13/2017 at 03:05 PM,
Linda Doggett, Lee County Clerk of Circuit Court, Rec. Fee $10.00 Deputy
Clerk TBAER

| Form 668 (Y)(c) (Rev. February 2004) | 16600 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | | Serial Number 243522416 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  WILLIAM D BOYER

Residence  118 SW 58TH ST
CAPE CORAL, FL 33914-7137

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | XXX-XX-1752 | 05/09/2011 | 06/08/2021 | 137890.14 |
| 1040 | 12/31/2007 | XXX-XX-1752 | 05/09/2011 | 06/08/2021 | 189299.22 |
| 1040 | 12/31/2008 | XXX-XX-1752 | 03/07/2011 | 04/06/2021 | 123791.45 |

Place of Filing  County Courthouse
Lee County
Fort Myers, FL 33901

Total $ 450980.81

This notice was prepared and signed at  BALTIMORE, MD  , on this,

the  28th  day of  December , 2016 .

Signature  Cheryl Cordero     Title  REVENUE OFFICER   23-08-3721
for CYNTHIA D. SPRY                 (813) 302-5531

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X