UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

William Davis Boyer, a man, PLAINTIFF

vs.

CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)
NO. 2:20 CV 764 FTM 38 NPM

Zachary M. Gill, et al.

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**

I am the Plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application I state the following under penalty of perjury:

One hundred percent (100%) of my monthly retirement pension is being given to the Treasury by my payor—FedEx and its representatives (Defendants in this suit)— and leaving me with the following:

Sources of monthly income on which to live:

| | | |
|---|---|---|
| Social Security | $1,862 | |
| Veterans Disability | 142 | |
| Medical insurance assistance | 123 | |
| **Total Monthly Income** | | **$2,127** |

Regular monthly expenses offsetting this income include the following:

| | | |
|---|---|---|
| Rent | $823 | |
| Utilities (water, electric, internet, TV) | 239 | |
| Phone | 60 | |
| Insurance (life, auto, umbrella, medical & dental, home) | 390 | |
| Legal (fax) | 5 | |
| A/C maintenance contract | 14 | |
| Transportation | 54 | |
| Food | 450 | |
| **Total Regular Monthly Expenses** | | **$2,035** |
| **Discretionary Income Remaining After Expenses** | | **$92** |

1

Unscheduled/Unexpected/Annual Expenses this year have amounted to the following:

| | |
|---|---:|
| Medical (unreimbursed) | $2188 |
| Legal—For Income Recovery from IRS | |
|    Small Claims Court fees, serving fees, courier fees, attorney fee | 1,134 |
|    Courier/certified mail fees to IRS | 328 |
| Clothing/personal | 350 |
| House A/C repair | 295 |
| Auto Maintenance | 183 |
| Costco Membership | 180 |
| AAA Roadside | 104 |
| Home repairs | 103 |
| Legal research Training | 89 |

**Total Unscheduled/Unexpected/Annual Expenses This Year (Jan-Sep)**     $4,954 divided by 9 mos = $550/month.

Unexpected expenses     $550
Minus Discretionary income     (-) 92
**Monthly Average Negative cash flow   -$458/month**

These and 2018-2019 Unscheduled/Unexpected/Annual Expenses have caused Plaintiff to have to sell his truck, liquidate Health Savings Account and other assets, to cover the burden placed on Plaintiff due to deprivation of rights to his property by FedEx and the IRS.

Plaintiff's checking account balance of $881.99, with a pending Veteran's Disability deposit of $142 is budgeted to cover bills due the first week in October, until the Social Security deposit the middle of October. There is no discretionary income available for a $400 court-filing fee.

Plaintiff owns a vacant one acre wooded parcel of land of questionable value with no likelihood of sale of that land. Plaintiff owns no automobile, stock, bonds, jewelry, artwork, or other financial instrument, nor anything of value held in someone else's name.

For these reasons, Plaintiff moves this Court to allow Plaintiff to proceed in District Court without prepaying court fees or costs.

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge, and that a false statement may result in a dismissal of my claims.

_____     Date: October 1, 2020
William Davis Boyer, Plaintiff

2