### NOTICE TO THE IRS AGENT FROM EMPLOYEE/PLAINTIFF

Please fill out and sign the following Affidavit and return by fax to the employer, Federal Express Corporation, and retiree, William Boyer, within 10 days. You may fill out only those items that you are prepared to swear to or affirm. You may refuse certain items by drawing a line through the items and initialing those items in the margin.

Please be notified that if you refuse to swear to or affirm any of the listed items, relying on your 5th amendment rights of not being compelled to testify against yourself, that such refusal shall be the equivalent of standing mute and the court will be forced to make its determinations based on the sworn testimony and evidence provided by the plaintiff/retiree, William Davis Boyer, in any future legal action.

→ **Affidavit of Authority**

*I am an agent of the Internal Revenue Service and have the lawful authority to order the employer, Federal Express Corporation, to levy the remuneration of employee/retiree, William Davis Boyer, a Citizen of Florida and the United States. I swear or affirm under penalty of perjury, that the statements below are true and correct and are not intended to mislead in any way. The only exceptions to these statements are those that I have drawn a line through and initialed in the margin.*

1) There is a 668-B form that shows that there is a levy on the retiree and I can produce that document on request
2) The 668-A and/or the 668-W forms (Notice of Levy) accurately and truthfully reflect the existence of a 668-B form (Levy form).
3) Delegation order number _____ from the Secretary of the Treasury, grants me the authority to act under Internal Revenue Code section 6331 on behalf of the Secretary of the Treasury.
4) My pocket commission authority is an <u>enforcement</u> pocket commission.
5) IRC section 6331 or section _____ authorizes me to take collection actions against a non-governmental worker under subtitle A or C.
6) I have obtained the proper authorizations, under IRC Section 7401, from the Secretary of the Treasury and the Attorney General, to proceed with this levy against your employee/retiree, and copies of these authorizations are available on request by the employer or retiree.
7) The omission of paragraph (a) from the citation of IRC section 6331 on the back of the notice of levy, was not done with the intention to deceive any person and that IRC 6331 paragraph (a) does not limit levy to government employees.
8) Regulation number _____, paragraph(s) _____ of Title 26 of the Code of Federal Regulations authorize me to take collection actions under subtitle A and C.
9) I have received a request previously from employee/retiree, William Davis Boyer, for a 6330 hearing and have not replied to that request.
10) There is a valid assessment on employee/retiree's remuneration and I or another authorized agent will certify the assessment's accuracy and truthfulness.
11) The Internal Revenue Service is authorized to impose a direct tax (income tax) on an individual without the "apportionment" provision.
12) The 16th Amendment authorizes the federal government to impose a direct tax on workers and individuals without apportionment.

1 / 2

13) *I certify that my official title, _____ (title), is listed in IRC section 7608 or section _____, and that said Code section grants to me the statutory authority to act under subtitle A and C of the IRC.*
14) *I do not work for the Intelligence Division of the IRS.*
15) *I am not a criminal investigator of the Intelligence Division.*
16) *The Internal Revenue Service agrees to hold the employer harmless in any legal action initiated by any employee for the seizure or partial seizure of the remuneration of the employee, and that such seizure is authorized under subtitle A or C of the Internal Revenue Code.*
17) *I further certify that I am acting under all lawful and correct collection procedures and that the employer, Federal Express Corporation, would not be putting themselves into legal jeopardy by complying with our withholding request.*

*I declare under the penalty of perjury and under the laws of the United States that the foregoing is true and correct, except for the items that I have crossed out and initialed.*

Agent Signature_____ Date: _____

**Printed Name of Agent** _____**Employee Number** _____

**Agent's Title** _____

**Agent's IRS Division Name** _____

**Witness Signature** _____

**Witness Printed name** _____

Addresses to which to be returned by certified mail or Fax:

Attn: Daniel T. French  
Federal Express Corporation  
3620 Hacks Cross Road, Bldg. B, 3rd Fl.  
Memphis, TN 38125  
Fax: 901-434-9279  
Fax: 901-434-4523  

William D. Boyer  
c/o Madeleine Bergeron  
852 Arapaho Trail  
Ft Myers Beach, Florida [33931]  
Fax: 1-901-531-8362  

Notice is hereby given that if the IRS agent fails to provide the information requested above, failure to do so shall be construed as constructive silence and concealment of incriminating evidence and shall create the legal presumption or conclusion that such authority does not exist and that the IRS agent has acted as an individual under color of law or under pretense of law and not as an agent for the IRS and that such agent is involved in fraud or extortion. If the IRS should choose to authorize activities by such agent in conflict with statutory or delegated authority, it shall be constructive evidence that the IRS is involved in fraud and extortion.

**Important U.S. Supreme Court rulings on IRC section 6331 (levy and distraint);**
*"The IRS is to comply strictly to the conditions imposed by statute in the seizure and levy process."* [Goodwin v. United States, 935 f 2d 1061, (9th Cir. 1991)].

**STATE STREET®**
RETIREE SERVICES
P.O. BOX 24989
JACKSONVILLE, FL 32241-4989

AB 01 057508 99846 B 98 A

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931-5813

For questions about your pension payment, please contact the FedEx Retirement Service Center at 1-855-604-6221. Customer Service Representatives are available Monday through Friday from 8:00 am to 6:00 pm Central Time.

Did you know that you can also go to the website at Retirement.fedex.com to review your payment information, make changes to your address or tax withholding elections or request direct deposit of your pension check?

| ACCOUNT ID | FDXQUAL-RET-CORP | | CORP9 DP004 | PERIOD BEGINNING: | |
| --- | --- | --- | --- | --- | --- |
| PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS | | | PERIOD ENDING: | |
| PAYEE INFORMATION ||||||
| PAYMENT DATE | CHECK NUMBER || PAYEE SOCIAL SECURITY NUMBER || NET PAYMENT |
| NOVEMBER 30, 2018 | *(for December 2018)* || ***-**-**** || 0.00 |
| PAYMENT DETAIL ||||||
| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
| CRPTPBQ | 8,844.74 | 106,136.88 | GARNISH | 8,844.74 | 44,223.70 |

*100% of August–December pay garnished ($8844.74/mo. × 5 mos.)*

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| GROSS PAYMENT | 8,844.74 | 106,136.88 | TOTAL DEDUCTIONS | 8,844.74 | 44,223.70 |

CURRENT FEDERAL TAX ELECTIONS
NO WITHHOLDING
CURRENT STATE TAX ELECTIONS
NO WITHHOLDING

| DATE | 11/30/2018 | PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS |
| --- | --- | --- | --- |

NO DOLLARS NO CENTS
WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

AMOUNT
$**********.00

ACCOUNT ID
FDXQUAL-RET-CORP

**STATE STREET®**
BOSTON, MASSACHUSETTS 02101

**ADVICE OF DISTRIBUTION NON-NEGOTIABLE**

**STATE STREET.**
RETIREE SERVICES
P.O. BOX 24989
JACKSONVILLE, FL 32241-4989

For questions about your pension payment, please contact the FedEx Retirement Service Center at 1-855-604-6221. Customer Service Representatives are available Monday through Friday from 8:00 am to 6:00 pm Central Time.

Did you know that you can also go to the website at Retirement.fedex.com to review your payment information, make changes to your address or tax withholding elections or request direct deposit of your pension check?

AB 01 057509 99846 B 98 A

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931-5813

| ACCOUNT ID | FDXNQ-RET-PARITY | | | | |
|---|---|---|---|---|---|
| PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS | | CORP9 DP004 | PERIOD BEGINNING: | |
| | | | | PERIOD ENDING: | |

**PAYEE INFORMATION**

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
|---|---|---|---|
| NOVEMBER 30, 2018 | *(for December 2018)* | ***-**-**** | 0.00 |

**PAYMENT DETAIL**

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
|---|---|---|---|---|---|
| PILOTNQ | 46.45 | 557.40 | GARNISH | 46.45 | 232.25 |
| | | | | | |
| **GROSS PAYMENT** | **46.45** | **557.40** | **TOTAL DEDUCTIONS** | **46.45** | **232.25** |

*100% of August-December pay garnished ($46.45/mo. x 5 mos.)*

CURRENT FEDERAL TAX ELECTIONS
NO WITHHOLDING
CURRENT STATE TAX ELECTIONS
NO WITHHOLDING

| DATE | 11/30/2018 | PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS |
|---|---|---|---|

NO DOLLARS NO CENTS
WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

AMOUNT
$***********.00

ACCOUNT ID
FDXNQ-RET-PARITY

**STATE STREET.**
BOSTON, MASSACHUSETTS 02101

**ADVICE OF DISTRIBUTION NON-NEGOTIABLE**

**STATE STREET**
RETIREE SERVICES
P.O. BOX 5149
BOSTON, MA 02206-5149

For questions about your pension payment, please contact the FedEx Retirement Service Center at 1-855-604-6221. Customer Service Representatives are available Monday through Friday from 8:00 am to 6:00 pm Central Time.

Did you know that you can also go to the website at Retirement.fedex.com to review your payment information, make changes to your address or tax withholding elections or request direct deposit of your pension check?

AB 01 056333 20644 B 100 C

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

| ACCOUNT ID | FDXQUAL-RET-CORP | | | PERIOD BEGINNING: |
| --- | --- | --- | --- | --- |
| PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS | | CORP9 DP004 | PERIOD ENDING: |

### PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
| --- | --- | --- | --- |
| NOVEMBER 29, 2019 | | ***-**-**** | 0.00 |

### PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
| --- | --- | --- | --- | --- | --- |
| CRPTPBQ | 8,844.74 | 106,136.88 | GARNISH | 8,844.74 | 106,136.88 |

*100% of pay garnished*

| GROSS PAYMENT | 8,844.74 | 106,136.88 | TOTAL DEDUCTIONS | 8,844.74 | 106,136.88 |
| --- | --- | --- | --- | --- | --- |

CURRENT FEDERAL TAX ELECTIONS
NO WITHHOLDING
CURRENT STATE TAX ELECTIONS
NO WITHHOLDING

---

DATE 11/29/2019   PLAN NAME   FEDEX CORPORATION RETIREMENT PLANS

NO DOLLARS NO CENTS

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

AMOUNT
$***********.00

**STATE STREET**
BOSTON, MASSACHUSETTS 02101

ACCOUNT ID
FDXQUAL-RET-CORP

ADVICE OF DISTRIBUTION NON-NEGOTIABLE

**STATE STREET**
RETIREE SERVICES
P.O. BOX 5149
BOSTON, MA 02206-5149

For questions about your pension payment, please contact the FedEx Retirement Service Center at 1-855-604-6221. Customer Service Representatives are available Monday through Friday from 8:00 am to 6:00 pm Central Time.

Did you know that you can also go to the website at Retirement.fedex.com to review your payment information, make changes to your address or tax withholding elections or request direct deposit of your pension check?

AB 01 056334 20644 B 100 C

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

| ACCOUNT ID | FDXNQ-RET-PARITY | | CORP9 DP004 | PERIOD BEGINNING: | |
| PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS | | | PERIOD ENDING: | |

056334 1/1

### PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
|---|---|---|---|
| NOVEMBER 29, 2019 | | ***-**-**** | 0.00 |

### PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
|---|---|---|---|---|---|
| PILOTNQ | 46.45 | 557.40 | GARNISH | 46.45 | 557.40 |

*100% of pay garnished*

| GROSS PAYMENT | 46.45 | 557.40 | TOTAL DEDUCTIONS | 46.45 | 557.40 |

CURRENT FEDERAL TAX ELECTIONS
NO WITHHOLDING
CURRENT STATE TAX ELECTIONS
NO WITHHOLDING

---

| DATE | 11/29/2019 | PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS |

NO DOLLARS NO CENTS

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

AMOUNT
$**********.00

ACCOUNT ID

**STATE STREET**
BOSTON, MASSACHUSETTS 02101

FDXNQ-RET-PARITY

### ADVICE OF DISTRIBUTION NON-NEGOTIABLE

**STATE STREET**
RETIREE SERVICES
P.O. BOX 5149
BOSTON, MA 02206-5149

For questions about your pension payment, please contact the FedEx Retirement Service Center at 1-855-604-6221. Customer Service Representatives are available Monday through Friday from 8:00 am to 6:00 pm Central Time.

Did you know that you can also go to the website at Retirement.fedex.com to review your payment information, make changes to your address or tax withholding elections or request direct deposit of your pension check?

AB 01 142278 49901 B 245 A

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

| ACCOUNT ID | FDXQUAL-RET-CORP | | | PERIOD BEGINNING: | |
| --- | --- | --- | --- | --- | --- |
| PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS | | CORP9 DP004 | PERIOD ENDING: | |

### PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
| --- | --- | --- | --- |
| SEPTEMBER 01, 2020 | | ***-**-**** | 0.00 |

### PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
| --- | --- | --- | --- | --- | --- |
| CRPTPBQ | 8,844.74 | 79,602.66 | GARNISH | 8,844.74 | 79,602.66 |

*100% of pay garnished*

| GROSS PAYMENT | 8,844.74 | 79,602.66 | TOTAL DEDUCTIONS | 8,844.74 | 79,602.66 |
| --- | --- | --- | --- | --- | --- |

CURRENT FEDERAL TAX ELECTIONS
NO WITHHOLDING
CURRENT STATE TAX ELECTIONS
NO WITHHOLDING

| DATE | 09/01/2020 | PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS |
| --- | --- | --- | --- |

NO DOLLARS NO CENTS
WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

AMOUNT
$***********.00

ACCOUNT ID
FDXQUAL-RET-CORP

**STATE STREET**
BOSTON, MASSACHUSETTS 02101

### ADVICE OF DISTRIBUTION NON-NEGOTIABLE

**STATE STREET**
RETIREE SERVICES
P.O. BOX 5149
BOSTON, MA 02206-5149

For questions about your pension payment, please contact the FedEx Retirement Service Center at 1-855-604-6221. Customer Service Representatives are available Monday through Friday from 8:00 am to 6:00 pm Central Time.

Did you know that you can also go to the website at Retirement.fedex.com to review your payment information, make changes to your address or tax withholding elections or request direct deposit of your pension check?

AB 01 142279 49901 B 245 A

WILLIAM D BOYER
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

| ACCOUNT ID | FDXNQ-RET-PARITY | | | PERIOD BEGINNING: | |
|---|---|---|---|---|---|
| PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS | | CORP9 DP004 | PERIOD ENDING: | |

### PAYEE INFORMATION

| PAYMENT DATE | CHECK NUMBER | PAYEE SOCIAL SECURITY NUMBER | NET PAYMENT |
|---|---|---|---|
| SEPTEMBER 01, 2020 | | ***-**-**** | 0.00 |

### PAYMENT DETAIL

| PAYMENT SOURCES | Current | Year-to-Date | DEDUCTIONS | Current | Year-to-date |
|---|---|---|---|---|---|
| PILOTNQ | 46.45 | 418.05 | GARNISH | 46.45 | 418.05 |

*100% of pay garnished*

| GROSS PAYMENT | 46.45 | 418.05 | TOTAL DEDUCTIONS | 46.45 | 418.05 |
|---|---|---|---|---|---|

CURRENT FEDERAL TAX ELECTIONS
NO WITHHOLDING
CURRENT STATE TAX ELECTIONS
NO WITHHOLDING

142279 1/1

---

| DATE | 09/01/2020 | PLAN NAME | FEDEX CORPORATION RETIREMENT PLANS |
|---|---|---|---|

NO DOLLARS NO CENTS

**WILLIAM D BOYER**
852 ARAPAHO TRAIL
FORT MEYERS BEACH FL 33931

AMOUNT
$***********.00

**STATE STREET**
BOSTON, MASSACHUSETTS 02101

ACCOUNT ID

FDXNQ-RET-PARITY

**ADVICE OF DISTRIBUTION NON-NEGOTIABLE**