UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

William Davis Boyer, a man, PLAINTIFF

            vs.                                          CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)
NO.  2:20 CV 764 FTM 38 NPM

Zachary M. Gill, et al

## MOTION FOR LOGIN AND PASSWORD FOR ELECTRONIC FILING

COMES NOW *pro-se* PLAINTIFF William D. Boyer in this case, who has been informed that, though the Court's website instructs pro-se plaintiffs to upload documents to be filed with the Court into the CM/ECF system, PLAINTIFF still needs to obtain login and password clearance.

WHEREFORE PLAINTIFF moves this Honorable Court to enter an ORDER to:
1) allow Plaintiff to file and receive all court documents via electronic means,
2) issue Plaintiff the necessary login and password information/credentials,
3) provide notification of documents filed in this case to Plaintiff's email address listed as wboyercourtmail@use.startmail.com.

Respectfully submitted by PLAINTIFF this 2nd day of October, 2020.

_____
William Davis Boyer, PLAINTIFF

1